August 12, 2014

To Cynthia Lei for submission to the Federal Court Judge

RE: Lisa Marie McMahon

I first met Lisa in 1980 or 1981. She was dating my brother Mark. Mark is 14 years younger than me and Lisa is the same age as he is. I found her to be an extremely nice, personable young gal. In 1983 Mark and Lisa were married. Through the years I have stayed in their home in both California and Arkansas, they have stayed in mine in California and we also gathered together in the family home in Salinas. Lisa had a very close bond with her mother Caroline and talked to her daily.

Lisa fit right into the family. She always went out of her way to make sure my visits went well and that everyone in the family was happy. Our dad's health deteriorated and I mortgaged his home to pay for continuing home health care for him when it became necessary. Lisa and Mark later bought the family home and my dad continued to be able to stay in the home. Daddy was totally bedridden with a feeding tube in his stomach and had around the clock health care. Lisa and Mark bore the responsibility of this with never a complaint. I found out later that employees who were taking care of Daddy had helped themselves to many of my parent's belongings and belongings of Lisa and Mark. Mark and Lisa put many loving improvements into the old house and she was always so concerned for my feelings and worried that I would approve and like what they did since it had been my childhood home. Her feelings and concerns were touching. After all, it was their home and they certainly didn't need my approval for what they did. But Lisa was like that. The best thing I can say about Lisa is that she one of the nicest women I have ever met. After all of these years I can still say the same thing about her. The worst thing I can say about her is that she is one the nicest people I have ever met. Lisa is a very understanding woman with excellent work ethics and strong moral fiber. She is always anxious to keep things steady and smooth and please everyone, many times without taking care of herself.

The years have gone by so fast. My mother and father have passed away. I have gone through the death of two husbands. Mark and Lisa have always been there for me. If we weren't right there for each other we shared grief as well as joy and frustrations through the years over the phone. Lisa's birth father died and she attended his funeral or memorial in Tennessee. Her stepfather John Robinson later passed away and Mark , Lisa and Cory moved to Arkansas to be near her mother. Danielle followed when she graduated from Sonoma State. After they moved to Arkansas the telephone calls have been very frequent and sometimes almost daily. The three of us are very close. Their two children are my favorite niece and nephew, always have been. Lisa and Mark were such good parents and still share a loving bond with their two adult children. They were loving and protective parents and raised their children well.

It was many years before I realized what a poor childhood that Lisa had. Caroline and her children came home one day to find that Lisa's father had left them. He had taken everything in the house as well as the cat. The house was empty. The family was uprooted and moved many times even after Caroline's marriage to John Robinson.  John was verbally abusive and quick to criticize his family, Caroline as well as the kids. I think Lisa's strong family values with her husband and children and her effort to see that

everyone was happy stemmed from her upbringing. She also has a strong loving attachment to dogs and cats.

I would be remiss if I didn't mention Lisa's job at MBARI.  I noticed when I visited in Salinas there were constant interruptions from emails and phone calls from Lisa's immediate supervisor. There were so many things that she had to have Lisa's input on. This happened after hours, weekends and on her vacations. She was so tied to that job.  Mark told me that when they went on vacation it was the same way, constant interruptions. When the family moved to Arkansas, Lisa was going to quit but was talked into staying with MBARI by her supervisor. Her supervisor promised that Lisa would be able to work from home, trips from Arkansas to California paid for, etc.  At some point Lisa told me that ½ of the expenses were paid for. I don't know how long that lasted. And the constant work from home didn't last as promised. Other employees resented the fact that she was able to work from home. The trips to California became longer and more frequent.

My first trip to Arkansas was for Cory's high school graduation in 2008. It was great to be able to see my family and Lisa had taken vacation time. The constant emails and phone calls from Lisa's supervisor seemed even worse than they had been.  Frankly I resented these constant interruptions when she had taken vacation time to visit with me. . MBARI became larger, more stress, more trips – Lisa was worn out and told me she didn't know how much longer she could do it. She bought a restaurant in Arkansas with the idea of quitting but again she was talked out of it by her supervisor.

The restaurant was a lot of work and then Lisa and Danielle (her daughter) began making baked goods and decorated cakes also. The food in the restaurant was very good and the baked goods were exceptional. Lisa continued to work for MBARI and run the restaurant.  My last trip to Arkansas was in 2011. It was good to see the family but Lisa had both jobs going and still all the emails and calls from her supervisor. It seemed that Lisa started unraveling from the stress of working from another state and the many trips to California. Then buying the restaurant with the intention of quitting MBARI but continuing to do both, coupled with all of the trips to California seemed to lead to a mental and physical breakdown. I met Lisa in Marina and spend some time with her when she finally left MBARI. The woman who was trained to take her place apparently refused the job because it was too much and we heard that an outside agency would be taking over the payroll. Lisa had complained to her supervisor for years that it was too much but it had fallen on deaf ears. Returning to Arkansas and picking things up with the restaurant full time did not work out. There had been cash thefts, work was not getting done like it should be and Lisa's standards for the restaurant and food preparation and service weren't kept up. Lisa was partly at fault because she was too nice to manage employees.  She totally lost her focus, couldn't concentrate, multi task or remember even everyday things. They decided to close the restaurant and focus on the bakery but Lisa was too far gone by then.  She couldn't multi-task or function effectively.  I feel that Lisa's mental and physical decline brought continuing depression.  The stress of legal problems in California has also had a toll on Lisa.

Lisa is still one of the nicest women that I know. She is sweet, thoughtful and forgiving. I am proud to call her family and I always will.  I know that Lisa is suffering and has been debilitated by the legal

problems and ramifications. I hope that the help and support of her family and friends will help her to weather this. I hope that she can regain some of her focus and sparkle.

I think prison time would further deteriorate Lisa's physical and mental state. She is very fragile and I don't think she can survive without her family. Lisa has never been in any trouble. I will continue to hope and pray for probation or home detention if the court finds punishment necessary.

If you have any questions, please feel to contact me.

Sincerely,

Jean M. Elsa

Jean Elsa
▉▉▉▉▉▉▉▉▉▉▉▉
Lakeport, CA 95453

▉▉▉▉▉▉