Your Honor,

I originally met Lisa McMahon and her family approximately eleven years ago in Salinas California when our children were involved in a bowling league. From there our friendship grew to involve travelling in RV's for bowling tournaments and recreation, as well as spending time together in Salinas as close friends.  Lisa and her family have high moral standards which I require as friends since raising children requires a constant state of being "on-guard" due to all the influences of today's American lifestyles.

In the eleven plus years that I have been acquainted with the McMahons, I never knew her to do anything that was considered unethical, out of character, or even demeaning of herself or anyone else. She demonstrated that there are still people in this world that are of good character, sound American values and a passion for doing the right thing when it comes to how she and her family live their lives. She has raised her children by instilling sound values in them. She would reprimand her children for talking back or using foul language as she did not think it was appropriate in any circumstance. She even pulled her son out of the local public high school and moved him into a private school because he was being bullied. This in-turn was a good thing for him since he thrived once going to the private school. Her daughter went to a college out of town to get her business degree. The local schools did not have a program that would allow her to complete her degree. This proved to be a huge struggle for her family. It's a struggle for me to see the Lisa McMahon I know and that she has pled guilty to charges.  She is not the kind of person who could be swayed easily by temptation and has a pretty strong conviction in matters of doing the right thing.

Over the years that we have known each other, life took turns for each of us. Through it all, Lisa has always tried her best to try to care for everyone and "fix" everything.  She was never able to say no, because she couldn't stand letting people down.  I would tell her, "You can't be expected to do it all Lisa, you're not Super-Woman."

My wife and Lisa were especially close, so when my wife was diagnosed with advanced breast cancer, Lisa was there for all of us, *even* on the day my wife finally passed on. Although I did not know Lisa's stepfather, I was told stories of how she was there for him, her mother, brother and sister when her stepfather became ill.

Through it all the McMahon family was struggling financially, trying to hang on to the home Mark's father had bought decades ago, which is also the house that Mark grew up in. Lisa kept attempting to tread water trying to be everything for everybody, both at home and at work. She used to "cover" for her boss who usually arrived late for work, took long lunches, and had to go home early to feed her bird since he did not like to be home alone. Her boss's activities seemed abusive to me…just my opinion…

Lisa usually worked more hours than required just to keep up with the workload. It was only after The McMahon's moved to Arkansas did her manager seem to realize that Lisa needed an assistant did they hire one. I could see the stresses were taking a toll on her. She had come to point where she did not take care of herself which manifested into weight gain, less than professional dress when going to work and looked older than her years.

After her stepfather died and her mom decided to move to Arkansas, Lisa made up her mind to move out there to help take care of her, because her mom had health problems of her own. This was a huge sacrifice for Lisa and Mark. It meant keeping up a household there and at the same time commuting back here for work. This created a strain on the family as her frequent travels to California meant that she was away from the family businesses which she managed. She often received frequent calls from home to make decisions that her family didn't, or couldn't make since Lisa (again) was the manager. She even stayed with my family in our home to enable her to work and not have unnecessarily high expenses by staying in motels. Eventually, as my home was sold and my wife and I needed a place to rent, Mrs. McMahon and her husband rented their family home to us. We lived there while my wife was undergoing radiation and chemotherapy. I continued living in their house after my wife passed away until it was eventually sold in foreclosure.

Coming to terms with what happened has been a huge struggle for Lisa and her family. Lisa has definitely not taken this lightly. There is no question that she owes a debt to society that she has to pay and I wish you could see how much she is punishing herself already. If there ever was a chance of asking for leniency in her sentencing, I would ask that now. She is a good person who momentarily lost her way. She is not the type who is a repeat offender, or even a person who will think that this event in her life is not serious.

Your Honor, I thank you for your time and trust that you will make the right decision in Mrs. McMahon's case.


Sincerely,
Vincent "Scott" Silva

Salinas, CA 93908
Home:
Cell: