1  MELINDA HAAG (CABN 132612)
   United States Attorney

2

3  J. DOUGLAS WILSON (DCBN 412811)
   Chief, Criminal Division

4  PHILIP A. GUENTERT (CABN 14734)
   Assistant United States Attorney

5

6       150 Almaden Boulevard, Suite 900
        San Jose, California 95113

7       Telephone: (408) 535-5079
        FAX: (408) 535-5066

8       philip.guentert@usdoj.gov

   Attorneys for United States of America

9

10              UNITED STATES DISTRICT COURT

11             NORTHERN DISTRICT OF CALIFORNIA

12                    SAN JOSE DIVISION

13

14  UNITED STATES OF AMERICA,          )   No. CR 13-00345-EJD
                                       )
              Plaintiff,               )   GOVERNMENT'S SENTENCING
15                                     )   MEMORANDUM RE: LISA McMAHON
        v.                             )
16                                     )
    LISA McMAHON,                      )
17                                     )
              Defendant.               )   Date:   September 25, 2014
18  _____  )   Time:   1:30 PM
                                       )   Court:  Hon. Edward J. Davila

19

20       The United States of America, by and through MELINDA HAAG, United States Attorney for

21  the Northern District of California, Philip A. Guentert, Assistant United States Attorney for said District,

22  hereby submits this sentencing memorandum concerning defendant Lisa McMahon. As discussed

23  below, the Government respectfully requests that the Court impose a sentence upon the defendant at the

24  low end of the applicable Guideline range, a sentence of 33 months incarceration, which is also the

25  recommendation of the Probation Office.

26       The Presentence Report calculates the offense level based on the conviction for Count One to be

27  twenty. Given defendant's criminal history category of I, the applicable Guideline range is 33 to 41

28  months incarceration.

1    In mitigation of the defendant's punishment, the government notes that she has accepted

2    responsibility by her plea of guilty (a factor incorporated in the aforementioned Guideline calculation).

3    Because, in part, she will not be entrusted with large sums of money in the future, the chances of

4    recidivism on the scale of her original offense seem small.

5    In aggravation, the defendant's crime was not one of opportunity. Defendant engaged in an

6    extensive fraud that required skill and effort to execute and conceal over a period of more than six years.

7    Furthermore, the fraud was directed at people who had placed their faith in her to discharge significant

8    responsibilities at her discretion and convenience, without the oversight warranted by her undetected

9    criminality (which abuse of trust is, as above, also incorporated in the Guidelines calculation). What is

10   worse, she victimized an institution trying to devote limited resources to its mission of serving the public

11   interest by advancing human knowledge about the natural environment.

12   For the aforementioned reasons the government respectfully requests the Court to impose a

13   sentence consistent with, albeit at the low end of, the applicable Guidelines range.

14   DATED: August 19, 2014

15                                       Respectfully submitted,
                                         MELINDA HAAG
16                                       United States Attorney

17                                       _____/s/_____

18                                       PHILIP A. GUENTERT
                                         Assistant United States Attorney

19

20

21

22

23

24

25

26

27

28